STATE

v.

Vincent CALCAGNI.

No. 77–85–C.A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Dennis J. Roberts, II, Atty. Gen., for plaintiff.

Vincent Calcagni, pro se.

Betsy E. Grossman, Newport, for defendants.

## ORDER

The defendants' motion to remand and his request for post-conviction relief are denied. Treating defendant's motion to cancel his appeal as a motion to withdraw the appeal, said motion is granted.